Honorable Marc Barreca
Hearing Date: February 12, 2020 @ 10:00 a.m.
Location: Everett, WA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In re:** | ) |
| | ) **CHAPTER 7** |
| | ) |
| **TRAVIS RICHARD FELIX and** | ) **BANKRUPTCY NO. 19-12632** |
| **MELISSA ANN FELIX,** | ) |
| | ) **SUPPLEMENTAL RESPONSE** |
| | ) **TO OBJECTION TO HOMESTEAD** |
| Debtor. | ) **EXEMPTION** |
| | ) |

**COME NOW** the above-named debtors by and through their undersigned attorney, **Tom Lester,** of the law firm of Lester & Associates, P.S., Inc., and by way of supplemental response to the Objection to Homestead Exemption filed by the Banner Bank, state as follows:

In addition to the Declaration of Non-Abandonment recorded on July 2, 2019, Debtors recorded a Homestead Declaration on July 20, 2017.[1] That declaration fulfills all the requirements of R.C.W. 6.13.040. It identifies the property claimed as a homestead with the legal description, Debtors' intent to reside in the property upon return from work in Colorado, that Debtors have no other homestead property and the estimated cash value of the property. Banner Bank's judgment was entered on September 29, 2017. Thus, Debtors' homestead exemption in 672 Birch Bay Lynden Road, Lynden should be allowed.

---

[1] A true and accurate copy of the recorded document is attached as Exhibit A.

**SUPPLEMENTAL RESPONSE TO OBJECTION TO HOMESTEAD EXEMPTION -**1-

**Law Offices of**
**LESTER & ASSOCIATES, P.S., INC.**
119 N. Commercial St., Ste. 175
Bellingham, WA 98225
(360) 733-5774

1    If there is any question as to the intent of these young Debtors, who are parents of three
2 young children, to return to their homestead property in their hometown where all their family
3 resides, then an evidentiary hearing should be scheduled.

   **RESPECTFULLY SUBMITTED** this 7th day of February, 2020.

                                         /s/ Tom Lester
                                         **Tom Lester, WSBA #15814**
                                         Attorney for Debtors

**SUPPLEMENTAL RESPONSE TO OBJECTION
TO HOMESTEAD EXEMPTION -**2-

**Law Offices of
LESTER & ASSOCIATES, P.S., INC.**
119 N. Commercial St., Ste. 175
Bellingham, WA 98225
(360) 733-5774

Case 19-12632-MLB    Doc 76    Filed 02/07/20    Ent. 02/07/20 11:34:43    Pg. 2 of 2